## NORTHEAST BANK OF LEWISTON & AUBURN

v.

## Daniel J. MURPHY and Fireman's Fund Insurance Company.

Supreme Judicial Court of Maine.

Argued March 22, 1988.

Decided April 22, 1988.

Jeffrey Rosenblatt, Paul F. Macri, (orally), Berman, Simmons & Goldberg, Lewiston, for plaintiff.

Daniel J. Murphy (orally), Lewiston, pro se.

James A. McCormack (orally), Richardson & Troubh, Portland, for Fireman's Fund Ins. Co.

Before NICHOLS, WATHEN, GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Defendant Daniel J. Murphy appeals from a Superior Court, Androscoggin County, order denying his September 17, 1987, motion brought under M.R.Civ.P. 60(a) for correction of a November 13, 1986, judgment assessing prejudgment interest on an award of attorney fees running against him. Since the assessment of prejudgment interest on the award of counsel fees resulted from a deliberate decision on the part of the Superior Court and clear-

---

ly was not a clerical error, a Rule 60(a) motion was an inappropriate vehicle to obtain relief from the judgment, and the motion was properly denied. *See Davis v. Bruk,* 411 A.2d 660, 666–67 (Me.1980); 2 Field, McKusick & Wroth, *Maine Civil Practice* § 60.2 (2d ed. 1970 & Supp.1981). Nor would it have been appropriate for the Superior Court to have considered the motion as one made under M.R.Civ.P. 60(b) since the court had previously denied a Rule 60(b) motion filed by Murphy and directed at the same November 13, 1986, judgment.

The entry is:

Judgment affirmed.

All concurring.